# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 21-3152

———————————————

United States of America

*Plaintiff - Appellee*

v.

Curtis J. Baldwin, also known as Curtis Baldwin

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————————

Submitted: December 23, 2021
Filed: December 27, 2021
[Unpublished]

——————————

Before LOKEN, SHEPHERD, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Curtis Baldwin appeals the sentence the district court[1] imposed after he pleaded guilty to child pornography charges under a plea agreement containing an appeal

---

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

waiver. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the reasonableness of Baldwin's sentence. Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we dismiss this appeal based on the appeal waiver, and we grant counsel's motion to withdraw.

_____